# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA), LLC, et al.,

Plaintiffs,

v.

Atef Menias,

Defendant.

Case No. 19-cv-07973
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) Selective Insurance Company of the Southeast
and against plaintiff(s) Karen J. Taaffe

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiffs Republic Technologies (NA), LLC and Sream, Inc. and against defendant Menias in the amount of $30,000.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 10/22/2020                    Thomas G. Bruton, Clerk of Court

                                    /s/Susan McClintic , Deputy Clerk